UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MANNY CHUM
SOCHANNA CHUM

    VS                                          18-CV-684

GOVERNMENT NATIONAL MORTGAGE ASSOCIATION
PACIFIC UNION FINANCIAL, LLC

ADDENDUM TO MEMORANDUM OF LAW

Plaintiff attaches the following HUD Regulations for the Court's consideration:

24 CFR 203.605
24 CFR 203.501

December 19, 2018                          /s/ John B. Ennis
                                                  JOHN B. ENNIS, ESQ. #2135
                                                  1200 Reservoir Avenue
                                                  Cranston, Rhode Island 02920
                                                  (401) 943-9230
                                                  Jbelaw75@gmail.com

Certification of Service

I certify that I emailed a copy of this Addendum to Patrick McDonald, Esq. on December 19, 2018.

/s/ John B. Ennis

1