UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

```
-------------------------------------------------------x
MANNY CHUM                                             :   CASE NO: 1:18-cv-00684-JJM-LDA
                                                       :
        Plaintiff                                      :
                                                       :
v.                                                     :
                                                       :
PACIFIC UNION FINANCIAL, LLC, ET AL.                   :
                                                       :
        Defendants.                                    :
-------------------------------------------------------x
```

**MOTION FOR SUBSTITUTION OF PARTY**

Effective February 1, 2019, defendant Pacific Union Financial, LLC ("Pacific") merged into Nationstar Mortgage LLC d/b/a Mr. Cooper ("Mr. Cooper"). Mr. Cooper is the corporate successor in interest to Pacific as to all matters that are the subject of this action. Accordingly, pursuant to Fed. R. Civ. P. 25(c), Mr. Cooper respectfully requests to be substituted as defendnt in above-styled action by an order substituting Mr. Cooper for Pacific on all filings and notices from the date of this Motion through the duration of this matter.

DEFENDANT
Nationstar Mortgage, LLC d/b/a Mr. Cooper
By its attorneys,

*/s/ Shawn M. Masterson*
Shawn M. Masterson, #9201
Shapiro Dorry Masterson, LLC.
145 Waterman Street
Providence, RI 02906
Office: (401) 455-0002
smasterson@sdmlawgroup.com

Dated:  December 15, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2020, a copy of the foregoing, motion and proposed order, was filed electronically and served by mail on anyone unable to accept electronic filing as set forth below. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

*/s/ Shawn M. Masterson*
Shawn M. Masterson